**Oscar Levonia SIMPKINS, Plaintiff–Appellant,**

v.

**GLEAMNS HUMAN RESOURCE COMMISSION, Defendant–Appellee,**

and

**Joseph Patton; Ronald Davis, Defendants.**

No. 07–1780.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 20, 2007.

Decided: Dec. 26, 2007.

Oscar Levonia Simpkins, Appellant Pro Se. Charles Edgar McDonald, III, Ogletree, Deakins, Nash, Smoak & Stewart, PC, Greenville, South Carolina, for Appellee.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oscar Levonia Simpkins appeals the magistrate judge's order * granting Defendant's motion for summary judgment on Simpkins' Title VII complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *Simpkins v. GLEAMNS Human Res. Comm'n,* No. 8:06–cv–02137–WMC, 2007 WL 2022174 (D.S.C. July 10, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (2000).